IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KATRINA RIVERA,

    Plaintiff,

v.

PROFIT SERVICES GROUP, LLC,

    Defendant.

CIVIL ACTION NO.: 4:20-cv-40

## O R D E R

Plaintiff Katrina Rivera filed this lawsuit against Defendant Profit Services Group, LLC, in an effort to recover damages under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (See doc. 1.) Defendant has not asserted any counterclaims against Plaintiff. On October 7, 2020, Defendant filed a Motion for Summary Judgment as to all claims against it. (Doc. 17.) Plaintiff did not respond to the Motion for Summary Judgment. Less than a month after the Motion for Summary Judgment was filed, however, the parties filed a Joint Motion for Entry of Consent Judgment in Favor of Defendant. (Doc. 19). On December 10, 2020, the Court held a hearing during which the parties provided support for their joint request for a consent judgment. Accordingly, the Court **GRANTS** the Joint Motion for Entry of Consent Judgment and **ORDERS** that the Motion for Summary Judgment, (doc. 17), be **TERMINATED,** and that **JUDGMENT** be **ENTERED** in favor of Defendant Profit Services Group, LLC, and against Plaintiff Katrina Rivera and dismissing all claims with prejudice, with each party to bear its own attorneys' fees and costs.

**SO ORDERED**, this 10th day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA